|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | SEP 22 2022 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| RUSSELL FOUTS; TAN MIGUEL TOLENTINO, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> ROB BONTA, in his offical capacity as Attorney General of the State of California, <br><br> Defendant-Appellee. | No. 21-56039 <br><br> D.C. No. 3:19-cv-01662-BEN-JLB Southern District of California, San Diego <br><br> ORDER |

Before: M. SMITH, BRESS, and VANDYKE, Circuit Judges.

The motion to vacate and remand (Docket Entry No. 29) is granted. The September 22, 2021 judgment is vacated. This case is remanded to the district court for further proceedings consistent with the United States Supreme Court's decision in *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 142 S. Ct. 2228 (2022).

**VACATED and REMANDED.**

AC/MOATT